IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NATHANIEL TRAVIS VICK,

    Plaintiff,

v.                                             Civil Action No. 5:07CV66
                                                        (STAMP)
HANCOCK COUNTY BOARD OF EDUCATION and
WEST VIRGINIA BOARD OF EDUCATION/
WEST VIRGINIA DEPARTMENT OF EDUCATION,

    Defendants.

**O R D E R**

On May 22, 2007, Nathaniel Travis Vick, filed his complaint. The complaint alleges that the defendants have violated the Individuals with Disabilities Act, Section 504 of the Rehabilitation Act, the Americans with Disabilities Act and 42 U.S.C. § 1983. On August 27, 2007, defendant, Hancock County Board of Education, filed a motion to dismiss, to which the plaintiff has not responded.

Nathaniel Travis Vick is a pro se[1] plaintiff and, in accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court hereby directs that he shall file, if he so desires, any written response in opposition to the motion to dismiss on or before **October 9, 2007** with a copy of any response to be served upon both defendants' counsel with a certificate of service attached to any response. Failure to do so may result in the dismissal of plaintiff's civil action against the Hancock County

---

[1] Pro se - "One who represents oneself in a court proceeding without the assistance of a lawyer." Black's Law Dictionary 1237 (7th ed. 1999).

Board of Education. The defendant Hancock County Board of Education shall have ten days following the filing of plaintiff's response to file a reply memorandum.

IT IS SO ORDERED.

The Clerk is directed to transmit copies of this order to plaintiff and to counsel for the defendant.

DATED: September 24, 2007

/s/ Frederick P. Stamp, Jr.  
FREDERICK P. STAMP, JR.  
UNITED STATES DISTRICT JUDGE